Case 4:11-cv-00801-JLH   Document 1   Filed 11/07/11   Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 07 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| LEROY RANDOLPH | | PLAINTIFF |
| VS | NO. 4:11-CV-0801 JLH | |
| UNION PACIFIC RAILROAD COMPANY | | DEFENDANT |

### PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, LEROY RANDOLPH, Plaintiff, by and through his attorney of record, Mark B. Chadick, and complaining against UNION PACIFIC RAILROAD COMPANY, hereinafter referred to as Defendant, states as follows:

*This case assigned to District Judge Holmes and to Magistrate Judge Ray*

### PARTIES

1. Plaintiff is a railroad worker residing in the County of Pulaski, State of Arkansas.

2. Defendant union Pacific Railroad Company, at all times material hereto, was and is a railroad corporation, a common carrier and was engaged in interstate commerce and that at the time of his injuries, Plaintiff was working in furtherance of Defendant's interstate commerce.

3. Defendant Union Pacific Railroad Company is a foreign corporation, which resides in and is subject to personal jurisdiction in the State of Arkansas in that it has regular and systematic contact with this County, is duly qualified and authorized to do business in Pulaski County and the State of Arkansas.

4. Service of process may be had upon Defendant, Union Pacific Railroad Company, by serving its registered agent, The Corporation Company, 124 West Capitol Ave., Suite 1900 Little Rock, AR 72201.

## VENU AND JURISDICTION

5. Jurisdiction in this case arises pursuant to 28 U.S.C. § 1331, in that this action arises under the Constitution, laws, or treaties of the Untied States, specifically the Federal Employer's Liability Act, 45 U.S.C. § 51 et. seq.

6. Venue is proper in this matter pursuant to the terms of Title 28 U.S.C. § 1391(b) and (c) in that Defendant has regular and systematic contacts with this District.

## OPERATIVE FACTS

7. The injuries complained of in this Complaint were sustained within the course and scope of Plaintiff's employment with Union Pacifice Railroad Company, while furthering its activities in interstate commerce between the several states, as Plaintiff and Defendnat, his employer, were mutually engaged in interstate commerce.

8. The Plaintiff sustained injuries to his neck, shoulders, back and spine generally when he was injured on or about November 6, 2008 while operating mechanical track equipment working in the Union Pacific North Little Rock yard.

9. Pleading in the alternative, Plaintiff's injuries were aggravations to pre-existing conditions that developed due to the negligence of the Defendant in failing to provide him a reasonable safe place to work with proper and sufficient manpower, properly maintained equipment, tools, supervision, and mechanical aids, making him prone to the injury on November 6, 2008.

10. The injuries and damages sustained by Plaintiff were caused, in whole or in part, by the negligence of his employer in violation of the Federal Employers' Liability Act, 45 U.S.C. §51 et. Seq.

**DAMAGES**

11. As a direct and proximate result of the negligence, fault, and intentional acts of the Defendant Union Pacific and its agents, Plaintiff sustained the injuries detailed above and the following past, present and future damages as a result of the Defendant's negligence:

    a. Lost wages and benefits, loss of seniority time, and earning capacity;

    b. Physical pain and suffering;

    c. Mental anguish;

    d. Disfigurement;

    e. Loss of physical function;

    f. Medical expenses; and

    g. Loss of enjoyment of life.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, LEROY RANDOLPH, requests that Defendant, UNION PACIFIC RAILROAD COMPANY, be cited and made to appear, and that after trial of this matter, judgment be entered against it for compensatory damages in an amount not less than One Million Two Hundred Fifty Thousand Dollars ($1.250,000.00), plus post judgment interest at the legal rate, and for all costs of court. Plaintiff would further pray for any such

relief, both at law and in equity, to which he may show himself justly entitled. PLAINTIFF DEMANDS TRIAL BY JURY.

Respectfully submitted,

*/s/ Mark B Chadick*
MARK B CHADICK
AR Bar No. 77030
225 West Barraque
Pine Bluff, AR 71601
Telephone (870) 536-5110
Facsimile (870) 536-5629
mark@chadicklaw.com

ATTORNEY FOR PLAINTIFF