# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEROY RANDOLPH                                                                                    PLAINTIFF

v.                                    NO. 4:11CV00801 JLH

UNION PACIFIC RAILROAD COMPANY                                                       DEFENDANT

## ORDER

The plaintiff's motion for extension of time to respond to defendant's motion to dismiss is GRANTED. Document #10. The deadline for plaintiff to file his response to the motion to dismiss is extended up to and including May 21, 2012.

IT IS SO ORDERED this 21st day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE